UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, STATE OF CALIFORNIA, COMMONWEALTH OF MASSACHUSETTS, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MARYLAND, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH CAROLINA, STATE OF OREGON, COMMONWEALTH OF PENNSYLVANIA, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, and STATE OF WISCONSIN,<br><br>         Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ALEX M. AZAR II, *in his official capacity as Secretary of the United States Department of Health and Human Services*; and UNITED STATES OF AMERICA,<br><br>         Defendants. | CIVIL ACTION NO. 1:20-CV-05583-AKH<br><br>**AFFIDAVIT OF NELI N. PALMA IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

  I, Neli N. Palma, being duly sworn, hereby declare as follows:

  1.  I am an attorney licensed by the State of California. I am employed as a Deputy Attorney General with the Office of the Attorney General, and serve as lead counsel of record for plaintiff State of California in this matter.

  2.  I submit this affidavit in support of my motion for admission to practice Pro Hac Vice in the above-captioned matter on behalf of Plaintiff State of California.

3. As shown in the Certificates of Good Standing annexed hereto as Exhibits A and B, I am a member in good standing of the Bar of California.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred, or denied admission or admission by any court.

7. Wherefore, I respectfully request that I be permitted to appear as counsel and advocate Pro Hac Vice in this one case for Plaintiff State of California.

I declare under the penalty of perjury under the laws of the United States and California that the foregoing is true and correct.

Executed in Sacramento, California on July 24, 2020.

By: _____
Neli N. Palma
Deputy Attorney General
Office of the California Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
(916) 210-7522
Neli.Palma@doj.ca.gov

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Sacramento
Subscribed and sworn to (or affirmed) before me on this 24 day of July 2020 by Neli N Palma proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
_____
(Signature of Notary)

M. DIBAJ
COMM. # 2279393
NOTARY PUBLIC - CALIFORNIA
SACRAMENTO COUNTY
MY COMM. EXP. MAR. 28, 2023