# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK, ET AL.,
        Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, ET AL.,
        Defendants.

Civil Action No. 1:20-cv-5583

**AFFIDAVIT OF MICHAEL W. FIELD IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE**

Pursuant to 28 U.S.C. § 1746, I Michael W. Field, hereby declare:

1. I am an Assistant Attorney General for the State of Rhode Island.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing in the above-captioned matter.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff State of Rhode Island.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 27, 2020

Respectfully Submitted,

/s/ M. Field

Michael W. Field, (#5809)
Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400 ext. 2380
(401) 222-3016 (fax)
mfield@riag.ri.gov

Attorney for Plaintiff
STATE OF RHODE ISLAND

SWORN TO AND SUBSCRIBED before me on this 27th day of July, 2020.

MELISSA LYNN DIFONZO
Notary Public. State of Rhode Island
Commission # 750108

Notary Public, Notary Public
My Commission Expires: 1-30-2021