UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, STATE OF CALIFORNIA, COMMONWEALTH OF MASSACHUSETTS, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MARYLAND, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH CAROLINA, STATE OF OREGON, COMMONWEALTH OF PENNSYLVANIA, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, and STATE OF WISCONSIN<br><br>                    Plaintiffs,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ALEX M. AZAR II, in his official capacity as Secretary of Health and Human Services, and ROGER SEVERINO, in his official capacity as Director of the Office for Civil Rights at the United States Department of Health and Human Services,<br><br>                    Defendants. | CIVIL ACTION NO. 1:20-cv-05583<br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE** |

The motion of Joyce Otuwa, for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member of good standing of the bar of the State of Illinois; and that her contact information is as follows:

1

>Joyce Otuwa
>Assistant Attorney General
>Civil Rights Bureau
>Office of the Illinois Attorney General
>100 West Randolph Street, 11th Floor
>Chicago, Illinois 60602
>(312) 814-3399
>(312) 814-4452 (fax)
>jotuwa@atg.state.il.us

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for the State of Illinois in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: July 29, 2020

Alvin K. Hellerstein /s/
United States District / Magistrate Judge