UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, STATE OF CALIFORNIA, COMMONWEALTH OF MASSACHUSETTS, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MARYLAND, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH CAROLINA, STATE OF OREGON, COMMONWEALTH OF PENNSYLVANIA, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ALEX M. AZAR II, *in his official capacity as Secretary of Health and Human Services*, and ROGER SEVERINO, *in his official capacity as Director of the Office for Civil Rights at the United States Department of Health and Human Services*,<br><br>Defendants. | Civil Action No. 1:20-cv-5583-AKH |

**PLAINTIFFS' NOTICE OF MOTION**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 56, Plaintiffs hereby move the Court for partial summary judgment with respect to Plaintiffs' claims for relief under the Administrative Procedure Act in Plaintiffs' complaint in this action. *See* Compl. ¶¶ 257-279, ECF No. 1.

Plaintiffs request that the Court declare that Nondiscrimination in Health and Health Education Programs or Activities, Delegation of Authority, 85 Fed. Reg. 37,160 (June 19, 2020) ("2020 Rule") is arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law within the meaning of 5 U.S.C. § 706(2)(A); declare that the 2020 Rule is in excess of the U.S. Department of Health and Human Services' statutory jurisdiction, authority, or limitations, or short of statutory right within the meaning of 5 U.S.C. § 706(2)(C); vacate and set aside the 2020 Rule; and enjoin Defendants and all their officers, employees, and agents, and anyone acting in concert with them, from implementing, applying, or taking any action whatsoever under the 2020 Rule.

In support of this motion, Plaintiffs rely on the accompanying Memorandum of Law; their Local Rule 56.1 Statement of Undisputed Material Facts; the Declaration of Joseph Wardenski dated September 10, 2020, and the exhibits attached thereto; the pleadings and papers on file in this action; and any argument and evidence that is presented on the hearing of this motion.

Dated:  July 20, 2020

Respectfully submitted,

LETITIA JAMES
*Attorney General of the State of New York*

Matthew Colangelo
   *Chief Counsel for Federal Initiatives*

Elena Goldstein
   *Deputy Chief, Civil Rights Bureau*

By: */s/ Joseph J. Wardenski*
Joseph J. Wardenski, *Senior Trial Counsel*
Fiona J. Kaye, *Assistant Attorney General*
Travis England, *Assistant Attorney General*
Marissa Lieberman-Klein, *Special Assistant Attorney General*\*\*
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-8441
Joseph.Wardenski@ag.ny.gov

*Attorneys for the State of New York*

XAVIER BECERRA
*Attorney General of California*

Renu R. George\*
   *Senior Assistant Attorney General*
Kathleen Boergers\*
   *Supervising Deputy Attorney General*

By: */s/ Neli Palma*
Neli N. Palma, *Deputy Attorney General*\*
Lily Weaver, *Deputy Attorney General*\*
Martine D'Agostino, *Deputy Attorney General*\*
Office of the California Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA  94244-2550
(916) 210-7522
Neli.Palma@doj.ca.gov

*Attorneys for the State of California*

MAURA HEALEY
*Attorney General of Massachusetts*

By: */s/ Amanda Hainsworth*
Amanda Hainsworth, *Assistant Attorney General*\*
Kimberly A. Parr, *Assistant Attorney General*\*
Office of the Massachusetts Attorney General
One Ashburton Place, 18th Floor
Boston, Massachusetts 02108
(617) 963-2618
amanda.hainsworth@state.ma.us

*Attorneys for the Commonwealth of Massachusetts*

PHILIP J. WEISER
*Attorney General of Colorado*

By: */s/ Eric R. Olson*
Eric R. Olson, *Solicitor General*\*
Office of the Colorado Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
eric.olson@coag.gov

*Attorneys for the State of Colorado*


KARL A. RACINE
*Attorney General*
*District of Columbia*

By: */s/ Kathleen Konopka*
Kathleen Konopka
*Deputy Attorney General, Public Advocacy Division*
Office of the Attorney General for the District of Columbia
441 4th St., N.W. Suite 630S
Washington, DC 20001
(202) 724-6610
Kathleen.Konopka@dc.gov

*Attorneys for the District of Columbia*

CLARE E. CONNORS
*Attorney General of Hawaii*

By: */s/ Kalikoʻonalani D. Fernandes*
Kalikoʻonalani D. Fernandes, *Deputy Solicitor General*\*
Office of the Hawaii Attorney General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

*Attorney for the State of Hawaii*

WILLIAM TONG
*Attorney General*
*State of Connecticut*

By: */s/ Joshua Perry*
Joshua Perry
*Special Counsel for Civil Rights*
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5372
Joshua.perry@ct.gov

*Attorneys for the State of Connecticut*


KATHLEEN JENNINGS
*Attorney General of Delaware*

By: */s/ Vanessa L. Kassab*
Christian Douglas Wright, *Director of Impact Litigation*
Vanessa L. Kassab, *Deputy Attorney General*\*
Delaware Department of Justice
820 N. French Street, 5th Floor
Wilmington, DE  19801
(302) 577-8600
Vanessa.Kassab@delaware.gov

*Attorneys for the State of Delaware*


KWAME RAOUL
*Attorney General of the State of Illinois*

By: */s/ Joyce Otuwa*
Joyce C. Otuwa, *Assistant Attorney General*\*
Office of the Illinois Attorney General
100 West Randolph Street, 11th Floor
Chicago, Illinois 60601
(312) 857-8386
JOtuwa@atg.state.il.us

*Attorney for the State of Illinois*

AARON M. FREY
*Attorney General of Maine*

By:  /s/ *Susan P. Herman*
Susan P. Herman\*
*Chief Deputy Attorney General*
6 State House Station
Augusta, ME 04333-0006
(207) 626-8814
susan.herman@maine.gov

*Attorneys for Plaintiff State of Maine*

DANA NESSEL
*Attorney General of Michigan*

By:  /s/ *Toni L. Harris*
Fadwa A. Hammoud\*
*Solicitor General*
Toni L. Harris\*
Tracy Van den Bergh\*
*Assistant Attorneys General*
Michigan Department of Attorney General
P.O. Box 30758
Lansing, MI 48909
(517) 335-7603
HammoudF1@michigan.gov
Harrist19@michigan.gov
VandenBerghT@michigan.gov

*Attorneys for Plaintiff State of Michigan*

BRIAN E. FROSH
*Attorney General of Maryland*

By:  /s/ *Kimberly S. Cammarata*
Kimberly S. Cammarata\*
*Director, Health Education and Advocacy Unit*
200 St. Paul Place
Baltimore, MD 21202
(410) 576-7038
kcammarata@oag.state.md.us

*Attorneys for the State of Maryland*

KEITH ELLISON
*Attorney General of Minnesota*

By:  /s/ *Megan J. McKenzie*
Megan J. McKenzie\*
*Assistant Attorney General*
445 Minnesota Street, Suite 900
St. Paul, Minnesota 55101-2128
(651) 757-1405
megan.mckenzie@ag.state.mn.us

*Attorneys for Plaintiff State of Minnesota*

<table>
<tr><td>

AARON D. FORD
*Attorney General*
*State of Nevada*

By: */s/ Heidi Parry Stern*
Heidi Parry Stern
  *Solicitor General*
Craig A. Newby
  *Deputy Solicitor General*
Office of the Nevada Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
HStern@ag.nv.gov

*Attorneys for the State of Nevada*

</td><td>

GURBIR S. GREWAL
*Attorney General of New Jersey*

Mayur P. Saxena, *Assistant Attorney General*
Melissa Medoway*, Section Chief, Deputy Attorney General\**

By: */s/ Marie Soueid*
Marie Soueid, *Deputy Attorney General*
John T. Passante, *Deputy Attorney General\**
New Jersey Attorney General's Office
Richard J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08625
(609) 376-2564

*Attorneys for Plaintiff State of New Jersey*

</td></tr>
<tr><td>

HECTOR BALDERAS
*Attorney General of New Mexico*

By: */s/ Tania Maestas*
Tania Maestas*
*Chief Deputy Attorney General*
New Mexico Attorney General
PO Drawer 1508
Santa Fe, New Mexico 87504-1508
(505) 490-4060
tmaestas@nmag.gov

*Attorneys for Plaintiff State of New Mexico,*
*by and through Attorney General Hector Balderas*

</td><td>

JOSHUA H. STEIN
*Attorney General of North Carolina*

By: */s/ Sripriya Narasimhan*
Sripriya Narasimhan*
*Deputy General Counsel*
North Carolina Department of Justice
114 W. Edenton Street
Raleigh, NC 27603
(919) 716-6421
SNarasimhan@ncdoj.gov

*Attorneys for the State of North Carolina*

</td></tr>
</table>

| | |
|---|---|
| ELLEN F. ROSENBLUM<br>*Attorney General of the State of Oregon*<br><br>By: /s/ *Brian A. de Haan*<br>Brian A. de Haan<br>   *Senior Assistant Attorney General*<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, OR 97201<br>(971) 673-3806<br>brian.a.dehaan@doj.state.or.us<br><br>*Attorneys for the State of Oregon* | JOSH SHAPIRO<br>*Attorney General*<br>*Commonwealth of Pennsylvania*<br><br>By:  /s/ *Amber Sizemore*<br>Amber Sizemore, Deputy Attorney General\*<br>Jacob Boyer, Deputy Attorney General\*<br>Pennsylvania Office of Attorney General<br>Strawberry Square, 14th Floor<br>Harrisburg, PA 17120<br>(717) 705-6938<br>asizemore@attorneygeneral.gov<br>jboyer@attorneygeneral.gov<br><br>*Attorneys for the Commonwealth of Pennsylvania* |
| PETER F. NERONHA<br>*Attorney General of the State of Rhode Island*<br><br>By:  /s/ *Michael W. Field*<br>Michael W. Field\*<br>*Assistant Attorney General*<br>Rhode Island Office of Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400 x 2380<br>mfield@riag.ri.gov<br><br>*Attorneys for State of Rhode Island* | THOMAS J. DONOVAN, JR.<br>*Attorney General of Vermont*<br><br>By:  /s/ *Benjamin Battles*<br>Benjamin Battles, *Solicitor General*<br>Emily Adams, *Assistant Attorney General*<br>Office of the Attorney General<br>109 State Street<br>Montpelier, VT 05609-1001<br>(802) 828-5500<br>benjamin.battles@vermont.gov<br><br>*Attorneys for the State of Vermont* |

| | |
|---|---|
| MARK R. HERRING<br>*Attorney General of Virginia* | JOSHUA L. KAUL<br>*Attorney General of Wisconsin* |
| By: <u>*/s/ Ryan S. Hardy*</u><br>Ryan S. Hardy, *Assistant Attorney General*\*<br>Office of the Attorney General of Virginia<br>202 North 9th Street<br>Richmond, Virginia 23219<br>(804) 786-0969<br>rhardy@oag.state.va.us | By: <u>*/s/ Steven C. Kilpatrick*</u><br>Steven C. Kilpatrick, *Assistant Attorney General*\*<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, Wisconsin 53707-7857<br>(608) 266-1792<br>kilpatricksc@doj.state.wi.us |
| *Attorneys for the Commonwealth of Virginia* | *Attorneys for State of Wisconsin* |

*\*Appearing pro hac vice or application for admission pro hac vice forthcoming*

*\*\* Application for admission to SDNY forthcoming*