UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK, *et al.*,

                Plaintiffs,

        v.

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES, *et al.*,

                Defendants.

Civil Action No.: 1:20-cv-5583-AKH

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that Gary Stein of Schulte Roth & Zabel LLP hereby respectfully enters his appearance as counsel for *Amici Curiae* Scholars of the LGBT Population in the above-captioned action, and respectfully requests that all subsequent papers be served upon him at the address indicated below.

Dated:  New York, New York
       September 17, 2020

            Respectfully submitted,

            /s/ Gary Stein
            Gary Stein

            Schulte Roth & Zabel LLP
            919 Third Avenue
            New York, New York  10022
            Tel: (212) 756-2441
            Fax: (212) 593-5955
            gary.stein@srz.com

            *Counsel for* Amici Curiae
            *Scholars of the LGBT Population*