UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK, *et al.*,

        Plaintiffs,

v.

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES, *et al.*,

        Defendants.

Civil Action No.: 1:20-cv-5583-AKH

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Noah N. Gillespie of Schulte Roth & Zabel LLP hereby respectfully enters his appearance as counsel for *Amici Curiae* Scholars of the LGBT Population in the above-captioned action, and respectfully requests that all subsequent papers be served upon him at the address indicated below.

Dated: Washington, D.C.
      September 17, 2020

                        Respectfully submitted,

                        /s/ Noah N. Gillespie
                        Noah N. Gillespie

                        Schulte Roth & Zabel LLP
                        901 15th Street NW, Suite 800
                        Washington, D.C.  20005
                        Tel: (202) 729-7483
                        Fax: (202) 730-4520
                        noah.gillespie@srz.com

                        *Counsel for* Amici Curiae
                        *Scholars of the LGBT Population*