UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, STATE OF CALIFORNIA, COMMONWEALTH OF MASSACHUSETTS, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MARYLAND, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH CAROLINA, STATE OF OREGON, COMMONWEALTH OF PENNSYLVANIA, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, and STATE OF WISCONSIN, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ALEX M. AZAR II, *in his official capacity as Secretary of Health and Human Services*, and ROGER SEVERINO, *in his official capacity as Director of the Office for Civil Rights at the United States Department of Health and Human Services*, <br><br> Defendants. | Civil Action No. 1:20-cv-5583-AKH |

**NOTICE OF INTENT TO OPPOSE DEFENDANTS' MOTION**

Plaintiffs the State of New York, *et al.* ("Plaintiffs") respectfully notify the Court and all parties of Plaintiffs' intent to oppose Defendants' motion for a stay, or, in the alternative, to consolidate briefing and set a briefing schedule [ECF No. 88]. Plaintiffs intend to file their opposition no later than 14 days after service of the Motion, as provided by Local Rule 6.1(b).

Dated:  September 21, 2020

Respectfully submitted,

LETITIA JAMES
*Attorney General of the State of New York*

Matthew Colangelo
   *Chief Counsel for Federal Initiatives*

Elena Goldstein
   *Deputy Chief, Civil Rights Bureau*

By: /s/ Joseph J. Wardenski
Joseph J. Wardenski, *Senior Trial Counsel*
Fiona J. Kaye, *Assistant Attorney General*
Travis England, *Assistant Attorney General*
Marissa Lieberman-Klein, *Special Assistant Attorney General*\*
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-8441
Joseph.Wardenski@ag.ny.gov

*Attorneys for the State of New York*

\* Application for admission to SDNY forthcoming