UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
STATE OF NEW YORK, *et al.*,           :
                                        :
                           Plaintiffs,  :  **ORDER REGULATING**
                                        :  **PROCEEDINGS**
     -against-                          :
                                        :  20 Civ. 5583 (AKH)
U.S. DEPARTMENT OF HEALTH AND HUMAN :
SERVICES, *et al.*,                     :
                                        :
                           Defendants.  :
                                        :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On November 19, 2020, I held a telephonic status conference in the above-captioned matter. As discussed at the conference, all motions shall be filed by December 2, 2020. Oppositions shall be filed by January 8, 2021, and replies shall be filed by January 20, 2021. Extensions will not be granted. Amici may file a single statement incorporating their previously-filed brief and referring to its ECF number.

       SO ORDERED.

Dated:    November 19, 2020        _____/s/_____
            New York, New York        ALVIN K. HELLERSTEIN
                                                      United States District Judge