IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **STATE OF NEW YORK,** *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**, *et al.*,<br><br>    Defendants. | Case No. 1:20-cv-5583 (AKH) |

**ORDER**

Upon consideration of the Consent Motion for Leave to File Amicus Brief of the American College of Obstetricians and Gynecologists, the American Academy of Nursing, the American Academy of Pediatrics, the American College of Physicians, the American Medical Association, the American Osteopathic Association, the American Psychiatric Association, the American Public Health Association, the National Association of Nurse Practitioners in Women's Health, the North American Society for Pediatric and Adolescent Gynecology, the Society of Family Planning, the Society for Maternal-Fetal Medicine, and the Society of OB/GYN Hospitalists as *Amici Curiae* Supporting Plaintiffs, it is HEREBY ORDERED that the Motion for Leave to File is granted.

Dated: \_\_\_\_\_December 14, 2020\_\_\_\_

/s/ Alvin K. Hellerstein
The Honorable Alvin K. Hellerstein
United States District Judge