IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK *et al.*,<br><br>*Plaintiff*s,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICS *et al.*,<br><br>*Defendants*. | Civil Action No. 1:20-cv-05583-AKH |

**ORDER**

Upon consideration of the unopposed motion of AMERICAN CANCER SOCIETY, AMERICAN CANCER SOCIETY CANCER ACTION NETWORK, AMERICAN HEART ASSOCIATION, AMERICAN LUNG ASSOCIATION, CANCER SUPPORT COMMUNITY, CANCER*CARE*, CYSTIC FIBROSIS FOUNDATION, EPILEPSY FOUNDATION, HEMOPHILIA FEDERATION OF AMERICA, NATIONAL COALITION FOR CANCER SURVIVORSHIP, NATIONAL MULTIPLE SCLEROSIS SOCIETY, NATIONAL ORGANIZATION FOR RARE DISORDERS, NATIONAL PATIENT ADVOCATE FOUNDATION, THE AIDS INSTITUTE, AND WOMENHEART: THE NATIONAL COALITION FOR WOMEN WITH HEART DISEASE for leave to file brief as *amici curiae* in support of plaintiffs, it is hereby

ORDERED that the motion is GRANTED.


Dated:   December 14, 2020          /s/ Alvin K. Hellerstein
                                    Alvin K. Hellerstein
                                    United States District Judge