UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br> Defendants. | 20 Civ. 5583 (AKH) |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 1.4, I, Elena Goldstein, respectfully ask this Court for leave to withdraw as counsel for the State of New York due to my pending departure from the New York State Office of the Attorney General. Other attorneys, including Travis England, Fiona J. Kaye, and Marissa Lieberman-Klein, will continue to represent the State of New York as the case proceeds. My withdrawal as counsel will not cause disruption to the proceeding and will not involve assertion of a charging or retaining lien.

DATED: January 15, 2021

Respectfully submitted,

LETITIA JAMES
*Attorney General of the State of New York*

By: */s/ Elena Goldstein*
Elena Goldstein
  *Deputy Chief, Civil Rights Bureau*
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-6201
Elena.goldstein@ag.ny.gov