# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>          Defendants. | 20 Civ. 5583 (AKH)<br><br>So ordered,<br><br>/s/ Hon. Alvin K. Hellerstein<br>Jan. 19, 2021 |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4, the undersigned respectfully seeks leave to withdraw my appearance as attorney for the State of New York in this matter because of my upcoming departure from the Office of the New York State Attorney General. The State of New York will continue to be represented in this matter by attorneys who have previously entered their appearance, including Fiona Kaye, Marissa Lieberman-Klein, and Travis England. I am not asserting a retaining or charging lien.

DATED: January 16, 2021

Respectfully submitted,

By: */s/ Matthew Colangelo*
Matthew Colangelo
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-6057
Matthew.Colangelo@ag.ny.gov