UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
State of New York, et al.,                           :
                                                     :
             -v-                                     :    **SCHEDULING ORDER**
                                                     :
                                                     :    20 Civ. 5583(AKH)
United States Dept. of Health and Human Services,    :
et al.,                                              :
                                                     :
                                                     :
             Defendant.                              :
                                                     :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

     The parties are hereby ordered to appear for an oral argument on **March 25, 2021** at **2:30 p.m**., which argument will be held via the following call-in number:

    **Call-in number: 888-363-4749**

    **Access code: 7518680**

     To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference call.

     Finally, no later than **March 18, 202**1, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

    SO ORDERED.

Dated:   February 11, 2021            _____/s/_____
          New York, New York            ALVIN K. HELLERSTEIN
                                                United States District Judge