## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF HEALTH ) <br> AND HUMAN SERVICES, *et al.*, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 1:20-cv-5583-AKH |

## ORDER GRANTING UNOPPOSED MOTION TO STAY PROCEEDINGS

The Court having considered Defendants' unopposed motion to stay proceedings, and good cause having been shown, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that all proceedings in the above-captioned case are STAYED until May 14, 2021; and it is further

ORDERED that the parties shall file a joint status report to address any further proceedings in this case on or before May 14, 2021.

Dated: February 18, 2021

/s/ Hon. Alvin K. Hellerstein
JUDGE ALVIN K. HELLERSTEIN
United States District Judge