UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF HEALTH ) <br> AND HUMAN SERVICES, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:20-cv-5583-AKH |

**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS**

The Court having considered the parties' joint motion to stay proceedings, and good cause having been shown, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that all proceedings in the above-captioned case are STAYED until 30 days after the conclusion of the agency's rulemaking; and it is further

ORDERED that the parties shall file a joint proposed schedule to address any further proceedings upon expiration of the stay period.

Dated: February 3, 2022
_____

_____/s/ Alvin K. Hellerstein_____
JUDGE ALVIN K. HELLERSTEIN
United States District Judge