UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES, *et al.*<br><br>　　　　Defendants. | Civil Action No:<br>20-cv-05583 (AKH) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

To the Clerk:

　　Please withdraw the appearance of Marie Soueid of the New Jersey Office of the Attorney General on behalf of Plaintiff, the State of New Jersey in the above-captioned matter, pursuant to Local Civil Rule 1.4, due to my pending departure from the New Jersey State Attorney General's Office. My withdrawal as counsel will not cause disruption to the proceeding and will not involve assertion of a charging or retaining lien.

Dated: August 12, 2022

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　　MATTHEW J. PLATKIN
　　　　　　　　　　　　　　　　　　　　Acting Attorney General
　　　　　　　　　　　　　　　　　　　　State of New Jersey

　　　　　　　　　　　　　　　　　　　　/s/ Marie Soueid
　　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　State of New Jersey
　　　　　　　　　　　　　　　　　　　　25 Market Street
　　　　　　　　　　　　　　　　　　　　Trenton, NJ 08625