UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK, *et al.*,            )
                                        )
    Plaintiffs,                         )
                                        )
v.                                      )   Case No. 1:20-cv-5583-AKH
                                        )
U.S. DEPARTMENT OF HEALTH               )
AND HUMAN SERVICES, *et al.*,           )
                                        )
    Defendants.                         )
                                        )

## [PROPOSED] ORDER GRANTING JOINT MOTION FOR AN EXTENSION OF TIME TO FILE A JOINT PROPOSED SCHEDULE

Having considered the parties' Joint Motion for an Extension of Time to File a Joint Proposed Schedule, it is hereby **ORDERED** that the motion is **GRANTED**. The parties shall file a joint proposed schedule to address any further proceedings in this case on or before July 29, 2024.

**SO ORDERED.**

Dated: 5/28/24

_____
JUDGE ALVIN K. HELLERSTEIN
United States District Judge