UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 1:20-cv-5583-AKH |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

## [~~PROPOSED~~] SCHEDULING ORDER

Having considered the parties' Joint Proposed Schedule, it is hereby **ORDERED** that the following schedule shall govern the parties' dispute on whether this case is moot:

- Defendants' memorandum in support of their assertion of mootness is due August 22, 2024.

- Plaintiffs' memorandum in opposition to Defendants' assertion of mootness is due October 15, 2024.

- Defendants' reply is due November 5, 2024.

**SO ORDERED.**

Dated: 7-30-24

JUDGE ALVIN K. HELLERSTEIN
United States District Judge