# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 1:20-cv-05583-AKH ) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | ) ) ) ) |
| Defendants. | ) |

## PLAINTIFF COMMONWEALTH OF VIRGINIA'S
## UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Commonwealth of Virginia moves to voluntarily dismiss its claims in the above-captioned case, with each party to bear its own fees and costs. Defendants do not oppose these terms of dismissal.

Dated: October 7, 2024                Respectfully submitted,

Jason S. Miyares
  *Attorney General*

By:   */s/ Kevin M. Gallagher*
        Kevin M. Gallagher (*pro hac vice*)
        *Principal Deputy Solicitor General*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-2071 – Telephone
(804) 786-1991 – Facsimile
KGallagher@oag.state.va.us

*Counsel for the Commonwealth of Virginia*