UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
STATE OF NEW YORK ET AL,                                     :
                                                             :     **ORDER AND OPINION**
                                         Plaintiffs,         :     **GRANTING MOTION TO**
                                                             :     **DISMISS**
         -against-                                           :
                                                             :     20 Civ. 5583 (AKH)
UNITED STATES DEPARTMENT OF HEALTH                           :
AND HUMAN SERVICES ET AL,                                    :
                                                             :
                                         Defendants.         :
                                                             :
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

   Defendants assert that this action should be dismissed for mootness. ECF No.
180. The underlying lawsuit challenges a 2020 Rule promulgated by the United States
Department of Health and Human Services ("HHS") that interpreted Section 1557 of the
Affordable Care Act. *See* 85 Fed. Reg. 37,160 (June 19, 2020) (codified at 45 C.F.R. pt. 92); *see
also* 42 U.S.C. § 18116(a). On May 6, 2024, HHS promulgated a new rule replacing its prior
interpretations of Section 1557, including the 2020 Rule. *See* 89 Fed. Reg. 37,522 (May 6,
2024).

   When an agency "replace[s] a challenged regulation, litigation over the legality of
the original regulation becomes moot." *Alaska v. U.S. Dep't of Agric.*, 17 F.4th 1224, 1226 (D.C.
Cir. 2021); *see also Nat'l Mining Ass'n v. U.S. Dep't of Interior*, 251 F.3d 1007, 1010-11 (D.C.
Cir. 2001) (dismissing as moot a lawsuit challenging an "old set of rules" because they were
replaced by new rules and noting that "any opinion regarding the former rules would be merely
advisory"). The Sixth Circuit, in *Am. Coll. of Pediatricians v. Becerra*, was confronted with a
similar lawsuit challenging an earlier interpretation of Section 1557, and found that the action

was rendered moot by HHS's promulgation of the 2024 Rule. *See* 2024 WL 3206579, at *1 (6th Cir. June 27, 2024) (noting that the 2024 Rule "wiped the slate clean on Section 1557"). The lawsuit before me is moot for the same reason.

The fact that some district courts have issued orders preliminarily enjoining parts of the 2024 Rule does not alter the fact that it superseded the 2020 Rule. Plaintiffs have not identified any specific provision of the 2020 Rule that is currently in force, and no live controversy still exists. Any opinion regarding the 2020 Rule would be "merely advisory" and violate Article III's case or controversy requirement. *See Nat'l Mining Ass'n*, 251 F.3d at 1011.

Defendants' motion to dismiss is granted. The Clerk shall terminate the case.

SO ORDERED.

Dated:      November *12*, 2024
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge