**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
STATE OF NEW YORK ET AL,

                        Plaintiffs,

            -against-                                    20 **CIVIL** 5583 (AKH)

                                                        <u>**JUDGMENT**</u>

UNITED STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES ET AL,

                        DefendantS.
---------------------------------------------------------------X

            It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order and Opinion dated November 12, 2024, the fact that some district

comis have issued orders preliminarily enjoining parts of the 2024 Rule does not alter the fact

that it superseded the 2020 Rule. Plaintiffs have not identified any specific provision of the 2020

Rule that is currently in force, and no live controversy still exists. Any opinion regarding the

2020 Rule would be "merely advisory" and violate Article III's case or controversy requirement.

See Nat'l Mining Ass'n, 251 F.3d at 1011. Defendants' motion to dismiss is granted.

Accordingly, the case is closed.

**Dated:**  New York, New York

            November 13, 2024


                                            **DANIEL ORTIZ**
                                            **Acting Clerk of Court**


                        **BY:**  _____

                                            **Deputy Clerk**